**Stanley, Lawrence T., Jr.**

**From:** Dalton, Joshua M.
**Sent:** Monday, September 17, 2007 1:28 PM
**To:** larissa.bifano@klgates.com
**Cc:** Stanley, Lawrence T., Jr.; Polk, Victor H., Jr.
**Subject:** shanghai ele/trc--tower subpoena

Larissa:

As you requested this morning, in our ongoing effort to narrow disputes concerning the subpoena ELE served on Tower on August 13, I write to confirm the categories of documents you and I discussed by telephone earlier this month, all as related to the TRC v. Tower litigation, (05-01455, MD Fla):

1. All Markman briefs (obviously including oppositions, replies, sur-replies, etc.) with exhibits.

2. All summary judgment briefs (again obviously including oppositions, replies, sur-replies, etc.) with exhibits.

3. All interrogatory responses (including any supplementals).

4. All expert reports including referenced documents.

5. All depositions and deposition exhibits.

6. Any prior art search reports that were produced by either party.

7. All prior art that was either produced or located by either party.

8. The Tower/TRC settlement agreement/license and all documents related to its negotiation.

9. Any other agreements/licenses/etc related to the TRC '337 patent and documents related to their negotiation (you didn't think that Tower knew of or had any such documents other than the Tower/TRC agreement, but please confirm.

10. Documents, if any, responsive to the original topics 10 and 11 of the subpoena (you again didn't think you had any, but please confirm).

If Tower is not willing to produce all of the documents outlined above, or is willing to produce some but not all of a certain category, please let me know immediately, including the precise scope of your proposed production and the basis for any such refusal to produce.

Thanks and rgds.

-Josh

Joshua M. Dalton
Partner
T 617.951.8284
F 617.951.8736
josh.dalton@bingham.com

B I N G H A M
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110-1726

The information in this transmittal (including any attachments) is privileged and confidential and is intended only for the recipient(s) listed above. If you are neither

the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any unauthorized distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify me immediately at (617) 951-8000.