K&L|GATES

Kirkpatrick & Lockhart Preston Gates Ellis LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950

T 617.261.3100 www.klgates.com

September 25, 2007

Larissa S. Bifano
D 617.951.9139
F 617.261.3175
larissa.bifano@klgates.com

**VIA E-MAIL**

Joshua M. Dalton, Esq.
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110-1726

Re: *Shanghai ELE Manufacturing Corporation v. Technology Research Corporation*
M.D. Fla. Case No. 8:07-01007-JDW-MSS

Dear Josh:

This letter is in response to your e-mail of Monday, September 17, 2007 and our previous telephone conversations regarding Shanghai ELE's August 13, 2007 subpoena.

Tower remains concerned about Shanghai ELE's request for documents because Shanghai ELE is currently defending a patent infringement suit brought by Tower in the District of Rhode Island also involving leakage current detection interruption devices. In that regard, responding to the subpoena could prejudice Tower in its pending litigation against Shanghai ELE. Complicating the matter further, Shanghai ELE's counsel that will receive the subpoenaed documents are the same counsel defending Shanghai ELE in the District of Rhode Island matter.

Nevertheless, Tower is willing to compromise and produce responsive documents based on the following understandings:

A. The documents produced will be limited to those relevant to Shanghai ELE's litigation against Technology Research Corporation ("TRC") involving U.S. Patent No. 6,292,337 ("the '337 patent").

B. Documents that are, or that reflect, confidential information of Tower relating to its technical or business information will be excluded from production.

C. The production of documents which are precluded by prior protective orders will be excluded from the production, or to the extent not unduly burdensome, will be redacted to exclude information that Tower is contractually or otherwise precluded from disclosing. For example, Tower is unable to produce any TRC confidential information.

K&L|GATES



D. Tower maintains all previous objections, including those enumerated in Tower's August 31, 2007 letter, without repeating them here.

E. Tower will produce the documents identified above as they are kept in the ordinary course of business.

F. Your e-mail of September 17, 2007 identifies ten document categories or topics that narrow the scope of the subpoena. Accordingly, Tower's responses below refer to the document categories or topics identified in your email of September 17, 2007, rather than the original topics in the subpoena ("Original Topics").

Tower plans to produce the following:

1. & 2. Tower will produce responsive Markman and summary judgment briefs and exhibits filed under seal.

3. Tower will produce responses to TRC interrogatories to the extent responsive.

4. Tower will produce responsive expert reports.

5. Tower will produce responsive transcripts of Tower witnesses and accompanying exhibits.

   TRC deposed four Tower witnesses and one Tower expert: Mr. Chepur Rao, Mr. Victor Aromin, Mr. Kenneth LaLiberte, Mr. Louis Shatkin, and Dr. Thomas Keim. Tower will not produce the deposition transcripts of Tower employees Rao, Aromin, LaLiberte and Shatkin because they are directed to Tower products and business operations, and not the '337 patent. Tower is preparing a redacted copy of Dr. Keim's deposition transcript.

6. Tower is unable to locate any Tower prior art search reports.

7. Tower will produce Tower's prior art to the '337 patent.

8. Tower will not produce the Tower/TRC settlement agreement/license, but will not object to TRC producing the Tower/TRC settlement agreement. Tower has no correspondence between the parties regarding the value of the '337 patent or proposed royalty rates.

9. Tower has no documents related to any licenses or agreements related to the '337 patent, except the Tower/TRC settlement agreement/license.

10. Tower is unable to locate any documents responsive to Original Topic 10. Tower will produce documents responsive to Original Topic 11.

K&L | GATES



Please do not hesitate to contact me with any questions or concerns.

Very truly yours,

Larissa Bifano

Larissa S. Bifano

cc: Bruce W. Gladstone, Esq.
William C. Bergmann, Esq.