**INTERROGATORY NO. 5:**

Identify all Prior Art and all alleged Prior Art known to you that is relevant, or has been asserted by anyone to be relevant, to the alleged invention in each claim that you contend is infringed by any Accused Product, and separately state as to each item of Prior Art the date that you became aware thereof and the circumstances surrounding that awareness, including an identification of the party asserting the relevance of such Prior Art.

**RESPONSE:**

TRC objects to this interrogatory because it is overly broad and unduly burdensome to the extent that it requests identification of "all" prior art. TRC also objects to this interrogatory because the phrases "relevant" and "asserted by anyone to be relevant" and "the party asserting the relevance" render the interrogatory vague and ambiguous.

Without conceding or admitting the relevance of any of the following references, the following references has been cited in prior litigation by Tower Manufacturing Corporation's expert as relevant to the validity of the Patent-in-Suit: U.S. Patent Nos. 1,257,452; 1,337,866; 2,864,036; 3,178,639; 3,493,815; 3,506,906; 3,571,660; 3,769,549; 3,852,642; 3,891,895; 3,932,790; 3,946,282; 3,950,677; 4,031,431; 4,053,815; 4,068,276; 4,075,675; 4,135,129; 4,168,514; 4,173,221; 4,180,841; 4,200,897; 4,270,158; 4,363,063; 4,389,694; 4,438,403; 4,501,275; 4,568,899; 4,568,997; 4,587,588; 4,598,331; 4,639,557; 4,709,293; 4,751,603; 4,794,332; 4,795,982; 4,816,957; 4,823,225; 4,979,070; 5,053,910; 5,184,271; 5,351,417; 5,218,307; 5,428,494; 5,440,934; 5,446,431; 5,477,412; 5,488,303; 5,608,328; 5,642,248; 6,292,337 and U.S. Application Nos. 08/102,203; 08/526,032; and 08/682,957.